IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-291-FDW-DCK

| | |
|---|---|
| POPPI KUSH SWINDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLOTTE MECKLENBURG BOARD ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Stay All Proceedings" (Document No. 19) filed April 18, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with the Honorable Frank D. Whitney's staff, the undersigned will deny the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Stay All Proceedings" (Document No. 19) is **DENIED**.

**SO ORDERED**.

Signed: April 19, 2023

David C. Keesler
United States Magistrate Judge